IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

OXFORD ASSET MANAGEMENT LTD.,
LOWEY DANNENBERG & KNAPP, P.C.
PROFIT SHARING PLAN & TRUST a/k/a
LOWEY DANNENBERG, BEMPORAD &
SELINGER P.C. PROFIT SHARING PLAN,

                Plaintiffs,

vs.

COWEN & COMPANY DONALDSON LUFKIN
& JENRETTE, SALOMON SMITH BARNEY
HOLDINGS, INC., et a;/
                Defendants.

_____/

CASE NO. 98-CIV-2972
Judge Donald H. Middlebrooks



FILED by _____ D.C.

JUN 0 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.___ O._____ ___

**ORDER CLARIFYING MAY 22, 2000 ORDER
ON MOTION FOR FEES AND COSTS**

      This matter having come before the Court upon the Underwriter Defendants' Motion for

Clarification of May 22, 2000 Order on Motion for Fees and Costs, and the Court having reviewed

this matter, and it is accordingly

      ORDERED, ADJUDGED that the May 22, 2000 Order on Motion for Fees and Costs is

clarified as follows:

      The Court grants Defendants the full relief sought:  **$335,686.55** in fees and expenses to the

Kos Defendants and **$184,405.27** in fees and expenses to the Underwriter Defendants.   Finding

commencement of this action to constitute bad judgment on the part of both Plaintiffs and their

counsel, the sum of **$520,091.82** shall be split 50-50 between them, both incurring **$260,045.91.**

This award includes all fees and expenses sought by Defendants, including those fees and expenses

sought by the Underwriter Defendants in their Motion to Permit Additional Proof of Fees and Costs.



In all other respects. the May 22, 2000 Order  On Motion for Fees and Costs is incorporated

herein by reference and remains unchanged.

DONE and ORDERED at Miami, Florida, on June 16, 2000

UNITED STATES DISTRICT JUDGE

Copies furnished to:
Julie A. Zahniser, Esq.
Arthur T. Susman. Esq.
Michelle Ordorizzi, Esq.
Robert J. Kriss, Esq.
Atlee W. Wampler, III, Esq.
Tracy Nicholas, Esq.
z:\gjh\cowen\sanction-ord.doc