IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-CIV-2972 MIDDLEBROOKS
MAGISTRATE WILLIAM C. TURNOFF

OXFORD ASSET MANAGEMENT, LTD.,
et al.,

    Plaintiffs

vs.

MICHAEL JAHARIS, et al.,

    Defendants

_____/

## JOINT REPORT FROM PLAINTIFFS AND KOS DEFENDANTS

Plaintiffs and Defendants Kos Pharmaceuticals, Inc. ("Kos" or the "Company"), and Michael Jaharis, Daniel M. Bell, Duncan H. Cocroft, Juan F. Rodriguez, Robert E. Baldini, John Brademas, Steven Jaharis, Louis Lasagna, Mark Novitch and Frederick B. Whittemore (collectively, the "Kos Defendants"), file this Joint Report and state that they have reached agreement on the amount of fees and costs to be awarded and respectfully request entry of the attached Sanctions Order.

DATED: June 9th, 2003

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Kos Defendants
701 Brickell Avenue, Suite 3000
Post Office Box 015441
Miami, Florida 33101
ph: (305) 374-8500
fax (305) 789-7799

By: _____
Tracy Nichols
Florida Bar No. 454567
Email: tnichols@hklaw.com

SUSMAN & WATKINS
Attorneys for Plaintiff
Two First National Plaza
Suite 600
Chicago, Illinois 60603
ph: (312) 346-3466
fax: (312) 346-2829

By: _____
Charles R. Watkins, Esq.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true copy of the foregoing has been furnished by U.S. Mail to: **Robert J. Kriss, Esq., and Ashish Prasad, Esq.,** MAYER, BROWN & PLATT, 190 South La Salle Street, Chicago, Illinois 60603-3441; **Atlee W. Wampler, III, Esq.** and **Ricardo A. Banciella, Esq.**, Wampler, Buchanan & Breen, P.A., 777 Brickell Avenue, Sun Trust Building, Suite 900, Miami, Florida 33131; and **Gerald J. Houlihan, Esq.**, Houlihan & Partners, P.A., 2600 Douglas Road, Suite 600, Miami, FL 33134, this 6th day of June, 2003.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-CIV-2972 MIDDLEBROOKS
MAGISTRATE WILLIAM C. TURNOFF

OXFORD ASSET MANAGEMENT, LTD.,
et al.,

      Plaintiffs

vs.

MICHAEL JAHARIS, et al.,

      Defendants

_____/

### SANCTIONS ORDER

This cause coming on to be heard pursuant to mandate of the United States Court of Appeals for the Eleventh Circuit and the Court being informed by counsel of agreement to this Order as signified by their signatures below.

IT IS HEREBY ORDERED:

1. Pursuant to the mandate, sanctions are awarded to Michael Jaharis, Daniel Bell, Duncan Cocroft, Juan Rodriguez, Rober Baldini, John Brademas, Steve Jaharis, Louis Lasagna, Mark Novitch, Frederick Whittemore and Kos Pharmaceuticals, Inc. in the amount of $310,686.54.

Done and Ordered this ___ day of June, 2003 in Chambers.

                                    _____
                                    DONALD H. MIDDLEBROOKS
                                    Judge, United States District Court

Copies furnished to All Counsel of Record

MIA1#1230563